RECEIVED
SEP 2 1 2015
PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jacob Fetman

*(In the space above enter the full name(s) of the plaintiff(s).)*

**COMPLAINT**

**-against-**

Aish HaTorah New York, Inc.
John Doe #1 through #15

Jury Trial: ☒ Yes ☐ No
(check one)

15CV 7468

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I. Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff
Name Jacob Fetman
Street Address 1743 Ocean Ave.
County, City Kings, Brooklyn
State & Zip Code NY, 11230
Telephone Number 646 261 0200

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name Aish HaTorah New York, Inc.
Street Address 313 West 83rd St.

County, City New York, New York
State & Zip Code NY 10024
Telephone Number 212-921-9090

Defendant No. 2

Name John Doe #1 through #15
Street Address 313 West 83rd St.
County, City New York, New York
State & Zip Code NY 10024
Telephone Number 212-921-9090

Defendant No. 3

Name ______
Street Address ______
County, City ______
State & Zip Code ______
Telephone Number ______

Defendant No. 4

Name ______
Street Address ______
County, City ______
State & Zip Code ______
Telephone Number ______

**II. Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Questions ☐ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? 18 U.S. Code § 2510

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship ______
Defendant(s) state(s) of citizenship ______

**III. Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur?
New York

B. What date and approximate time did the events giving rise to your claim(s) occur?
On or about Sept. 21, 2013 through current date

C. Facts: Aish HaTorah New York, Inc. with the help of defendants John Doe #1 through #15 breached security of various email accounts held and used by the plaintiff to gain personal and private information that was later used to extort substantial amount of money from plaintiff.

What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

## IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

**V. Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. Aish HaTorah New York, Inc. and John Doe #1 through #15 is to immediately cease and desist accessing any and all email accounts associated with the plaintiff, return and furnish to plaintiff any and all materials obtained from email account belonging to plaintiff and compensate plaintiff for damages suffered due to this email breach. Compensatory damages and punitive damages to be decided at trial.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 21 day of September, 2015.

Signature of Plaintiff [signature]

Mailing Address 1743 Ocean Ave.
Brooklyn, NY 11230

Telephone Number 646 261 0200

Fax Number *(if you have one)* ______

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of ________________, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: ______________________

Inmate Number ______________________